WR:-12-14-00186-CR

Trial Cause# F12-24893

TOMMIE WILLIAMS
Appellant

Vs.

THE STATE of TEXAS

§
§
§
§
§
§
§

IN THE DISTRICT COURT OF

282nd DISTRICT COURT

DALLAS COUNTY, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 27 2015

Abel Acosta, Clerk

### Motion Requesting For Extension of Time Pursuant to T.R.A.P. 49.8

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Tommie Williams, Appellant, Pro-se, in the above style number and cause, Makes this motion to this Court requesting for Extension of time pursuant to T.R.A.P. 49.8 to file a Motion for rehearing and will show the Complying with Rule 10.5(b) of the T.R.A.P. as follows

FILED IN
COURT OF CRIMINAL APPEALS

JUL 27 2015

Abel Acosta, Clerk

#### I.

Appellant's Direct Appeal was affirmed on July 8, 2015.

#### II.

Appellant has limited Access to the French M. Robertson Unit Law Library to research and obtain the Document's to support his Motion for Rehearing within such time.

#### III. T.R.A.P. 10.5(b)

(A) Appellant's Deadline date to file for the Rehearing of his Petition for Discretionary Review is due on August 8 2015.

(B) Appellant Request for a 90 day Extension of time to litigate the issue.

(C) Due to Appellant's confinement, and Access to a copy Machine and Law Law Library to obtain the Information of the Law and Documents to support his Petition. For Discretionary Review.

(D) This is the Appellant's frist Request In the above cause regarding the item in question.

cc/copy Williams Motion For Extension of Time to file Petition for Discretionary Review

## PRAYER

Appellant respectfully request that this Court Grant this Requested Motion For Extension of Time, to file his Petition For Discretionary Review for a rehearing. SO PRAYED !!!

Respectfully Submitted

Tommie _____ #1937981

Tommie L. Williams #1937981
French M. Robertson Unit
12071 FM. 3522
Abilene Tx 79601

## Certificate of Service

I, Tommie Lee Williams, declare under the penalty of perjury that I have placed in the French M. Robertson Unit mail box this Motion For Extension of Time and Motion to Suspend Rule 9.3.(b) T.R.A.P. with the Original and 2 Carbon Copies, sent to the Clerk, for the Court of Criminal Appeals of Texas P.O. Box 12308 Capitol Station Austin Tx 78711 Austin Tx.

cc/copy William's Motion For Extension of Time to file Petition For Discretionary Review

PAGE 2 of 1